GREAT NECK SAW MANUFACTURERS, INC., Plaintiff–Appellant,

v.

STAR ASIA U.S.A., LLC, Defendant–Appellee.

No. 2010–1501.

United States Court of Appeals, Federal Circuit.

May 17, 2011.

Joseph J. Previto, Collard & Roe, PC, of Roslyn, NY, argued for the plaintiff-appellant.

H. Albert Richardson and Lawrence D. Graham, Black, Lowe & Graham, PLLC, of Seattle, WA, argued for the defendant-appellee. Of counsel was Loretta M. Gaswirth, Meltzer, Lippe, Goldstein & Breitstone, LLP, of Mineola, NY.

BRYSON, PLAGER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.